UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 22-CV-80393-AMC/BER

PATRICIA LOUISE BOGGS,

                Plaintiff,

v.

KILOLO KIJAKAZI, Acting Commissioner
of Social Security,

                Defendant.
_____/

## REPORT AND RECOMMENDATION REGARDING DEFENDANT'S UNOPPOSED MOTION TO REMAND (ECF No. 11)

Currently before the Court is Defendant's Unopposed Motion To Remand this case to the administrative law judge (ALJ) in order to obtain vocational expert evidence to determine if there are other jobs for which an individual with claimant's vocational profile can perform (ECF No. 11), which the Honorable Aileen M. Cannon referred to me for appropriate disposition. Plaintiff does not oppose the request to remand.

## RECOMMENDATION

I **RECOMMEND** that Defendant's Motion to Remand be **GRANTED** (ECF No. 11), and that the District Court adopt Plaintiff's proposed remand order (ECF No. 11 at 4–5) which states as follows:

> **THIS MATTER** having come before the court on the motion (D.E. ___) of Defendant Kilolo Kijakazi, Acting Commissioner of Social Security, to remand this cause for further proceedings, and the Court being fully

1

apprised in this matter, it is hereby **ORDERED AND ADJUDGED** that:

This motion is granted and the cause is hereby **REMANDED** under **Sentence Four** of 42 U.S.C. § 405(g) to the Commissioner for further consideration and administrative action. **On remand, the Appeals Council will instruct the Administrative Law Judge (ALJ) to obtain vocational expert (VE) evidence to determine if there are other jobs for which an individual with claimant's vocational profile can perform, and before relying on such evidence, the ALJ shall identify and resolve any apparent conflicts posed by the Dictionary of Occupational Titles and the VE's testimony pursuant to the requirements of SSR 00-4p; offer the claimant the opportunity for a new hearing; and issue a new decision.**

This Court hereby enters Final Judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

ECF No. 11 at 4 – 5 (emphasis added).

## NOTICE OF RIGHT TO OBJECT

A party shall serve and file written objections, if any, to this Report and Recommendation with the Honorable Aileen M. Cannon, United States District Court Judge for the Southern District of Florida, within **FOURTEEN (14) DAYS** of being served with a copy of this Report and Recommendation. Failure to timely file objections shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016).

**If counsel do not intend to file objections, they shall file a notice advising the District Court within FIVE DAYS of this Report and Recommendation.**

**DONE AND SUBMITTED** in Chambers this 12th day of July, 2022, at West Palm Beach in the Southern District of Florida.

_____
BRUCE REINHART
UNITED STATES MAGISTRATE JUDGE